# In The United States Court of Federal Claims

## Cover Sheet

06-575 C

Plaintiff(s) or Petitioner(s)
Great Lakes Dredge & Dock Company, LLC, as the Successor in Interest of Great Lakes Dredge & Dock Company for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Joseph W. Lawrence, II

Firm Name: Vezina, Lawrence & Piscitelli, P.A.

Post Office Box:

Street Address: 300 SW 1st Avenue, Suite 150

City-State-Zip: Fort Lauderdale, Florida 33301

Telephone & Facsimile Numbers: Phone: (954) 728-1270; Fax: (954) 728-1271

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R M

See attached sheet for three-digit codes.

Amount Claimed: $2,689,977.74, excluding interest

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.