# In the United States Court of Federal Claims

**No. 06-575 C**

**GREAT LAKES DREDGE &**
**DOCK COMPANY et al.**,

**v.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**

**Judge Nancy B. Firestone**

Pursuant to Rule 40.1 this case has been assigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**