# In the United States Court of Federal Claims

**No. 06-575C**

**GREAT LAKES DREDGE & DOCK COMPANY,LLC**
**as the Successor in Interest of GREAT LAKES DREDGE**
**& DOCK COMPANY, for the Use and Benefit of**
**WILKINSON & JENKINS CONSTRUCTION CO.,**

**v.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR Judge Eric Bruggink**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**