IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-575C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including November 9, 2006, within which to file a response to plaintiff's complaint. Defendant's response is currently due on October 10, 2006. We have not previously requested an enlargement of time in this case. Counsel has conferred with plaintiff's counsel, who does not oppose this motion.

On August 8, 2006, plaintiff filed its complaint in this case. Thereafter, defendant's counsel promptly notified the United States Army, Corps of Engineers of the filing of the complaint and requested a litigation report concerning this matter. In response, counsel for the Corps of Engineers has provided certain information and is continuing to assemble other information.[1]

In addition, although our information is incomplete, a preliminary review suggests that there may be areas of agreement between the parties regarding the case that would be appropriately explored by the parties prior to the filing of the Government’s response to the

[1] Plaintiff filed this case pursuant to the “deemed denial” provision of the Contract Disputes Act, 41 U.S.C. § 605(c)(5).

complaint. The time requested would allow counsel time to evaluate these issues and potentially resolve certain issues.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Kirk T. Manhardt
KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0541
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

ELIZABETH F. OPPENHEIMER
Assistant District Counsel
Office of Counsel
Office of the Solicitor
U.S. Army Corps of Engineers
Jacksonville District

October 4, 2006

CERTIFICATE OF FILING

I hereby certify that on October 4, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk Manhardt
Kirk Manhardt