IN THE UNITED STATES COURT OF FEDERAL CLAIMS

***************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC as the Successor in Interest of GREAT LAKES DREDGE & DOCK COMPANY, for the Use and Benefit of WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

**Plaintiff,**

**No. 06-00575 C**

v.

**Judge Nancy B. Firestone**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

***************************

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Great Lakes Dredge & Dock Company LLC as the Successor in Interest of Great Lakes Dredge & Dock Company for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc., and Defendant, the United States Army Corps of Engineers, by and through undersigned counsel, jointly stipulate to the voluntary dismissal of this action without prejudice. Each party shall bear its own costs for this action. The parties stipulate that this dismissal shall not constitute a first dismissal for purposes of the operation of Rule 41 of the Rules of the United State Court of Federal Claims. In the event that this action is re-filed, the parties stipulate that no costs will be assessed against either party relating to the instant action.

Dated this 12 day of October, 2006

s/Joseph W. Lawrence II

Joseph W. Lawrence, II
Florida Bar No. 21 303
Vezina, Lawrence & Piscitelli, P.A.
The Museum Building
300 SW 1st Avenue, Suite 1?0
Fort Lauderdale, FL 33301
Telephone No.: 954/728-12?0
Facsimile No.: 954/728-1271
Attorneys for Great Lakes Dredge & Dock Company LLC as the Successor in Interest of Great Lakes Dredge & Dock Company for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc.

Dated this 12 day of October, 2006

s/Kirk Manhardt

Kirk T. Manhardt
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Attorney for the United States

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*****************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC**
**as the Successor in Interest of GREAT LAKES DREDGE**
**& DOCK COMPANY, for the Use and Benefit of**
**WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

**Plaintiff,**

**No. 06-00575 C**

**v.**

**Judge Nancy B. Firestone**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*****************************

**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Joint Stipulation of the Parties in this action, it is hereby

**ORDERED AND ADJUDGED**

1. The matter is hereby dismissed without prejudice. Based on the stipulation of the parties, Plaintiff may re-file this action as a new action without prejudice at a future date.

2. Each party shall bear its own costs in this action. The parties stipulate that this dismissal shall not constitute a first dismissal for purposes of the operation of Rule 41 of the Rules of the United State Court of Federal Claims, and in the event this action is re-filed as a new action the costs of the instant action shall not be assessed against either party in that new action.

**DONE AND ORDERED** in Chambers of the United States Court of Federal Claims this _____ day of ____________, 2006.

JUDGE NANCY B. FIRESTONE

Copies furnished to:
Joseph W. Lawrence, II, Esq.
Kirk T. Manhardt, Esq.

CERTIFICATE OF FILING

I hereby certify that on October 12, 2006, a copy of foregoing "JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk Manhardt
Kirk Manhardt